AUG 13 2026 AM11:58
FILED - USDC - FLMD - TPA

United States District Court

Middle District of Florida

Tampa Division

Jennifer Rivera-Wagner

Case Number:
8:26-cv-2051-JLB CPT

Julie C. Hill;
Polk County
c/o Commissioner
Martha Santiago

Supporting Document(s)
Title of Document:

Pro Se Jennifer-Marshena: Rivera-Wagner
August 13, 2026

CASE# 8:26-cv-2051-JLB-CPT

In Reference to the CORPORATE entities of the de facto government:

**COLOR OF LAW**. The appearance or semblance, without the substance, of legal right. State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148.

Governments do not have Dun & Bradstreet numbers. Dun & Bradstreet is the credit reporting agency for CORPORATIONS: "The D-U-N-S Number is a free, unique identifier that establishes your **business credit profile** and unlocks access to suppliers, lenders, and government contracts." We the People never authorized the government of the United States of America Republic to incorporate itself and pull We the People into commerce under color of law.






Note in the above Dun & Bradstreet record, the Key Principal is listed as Joseph R. Biden Junior. Address 1600 Pennsylvania Ave in the District of Columbia.

General Mark A. Milley (retired), former Chairman of the Joint Chiefs of Staff, is recorded while speaking to Chairman McCaul referring to the "Corporation called the American government." The hearing took place on March 19, 2024, before the U.S. House Committee on Foreign Affairs, chaired by Rep. Michael T. McCaul (R-Texas).

Small sample of Corporate Names and associated Dun & Bradstreet numbers prior to the conversion to Federal numbers in 2022:

| CORPORATE Name: | Dun & Bradstreet Number: |
|---|---|
| UNITED STATES GOVERNMENT | 052714196 |
| U.S. DEPARTMENT OF DEFENSE (DOD) | 030421397 |
| U.S. DEPARTMENT OF THE TREASURY | 026660167 |
| U.S. DEPARTMENT OF JUSTICE (DOJ) | 011669674 |
| U.S. DEPARTMENT OF STATE | 026276622 |
| U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES (HHS) | 112463521 |
| U.S. DEPARTMENT OF EDUCATION | 944419542 |
| U.S. DEPARTMENT OF ENERGY | 932010320 |

| | |
|---|---|
| U.S. DEPARTMENT OF HOMELAND SECURITY | 932394187 |
| U.S. DEPARTMENT OF THE INTERIOR | 020949010 |
| U.S. DEPARTMENT OF VETERAN AFFAIRS (VA) | 931691211 |
| U.S. PUBLIC HEALTH SERVICES | 039294216 |
| FEDERAL BUREAU OF INVESTIGATION (FBI) | 878865674 |

Governments have descended to the level of mere private corporations. See Clearfield Doctrine. Supreme Court Annotated Statute, Clearfield Trust Co. v United States 318 U.S. 363-371 1942

According to the doctrine, governments descend to the level of a mere private corporation and take on the characteristics of a mere private citizen.

Policies of a corporation only apply to employees of the corporation, not to free and living men and women. Furthermore, these corporations have been created and bankrupted more than once, creating difficulty in obtaining the "public records" that should be available to We the People.

CERTIFICATE OF INCORPORATION

OF

UNITED STATES CORPORATION COMPANY

-----oo0co-----

1. The name of the corporation is

UNITED STATES CORPORATION COMPANY.

2. The nature of the business and the objects and purposes proposed to be transacted, promoted or carried on by the corporation are as follows:

To prepare or cause to be prepared and procure to ... recorded, registered, published, issued or granted,

Frequently Asked Questions View Search Results

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 2193946 | Incorporation Date / Formation Date: | 04/19/1989 (mm/dd/yyyy) |
| Entity Name: | UNITED STATES OF AMERICA, INC. | | |
| Entity Kind: | CORPORATION | | |
| Residency: | DOMESTIC | | |

REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | THE COMPANY CORPORATION |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 |

***Alleged Debtor***
**United States Corporation Company**
1201 Hays St
Tallahassee, FL 32301-2699
Leon-FL
Tax ID / EIN: 13-6149455, 51-0009810, 57-0940973, 33-1004
3565377
***dba* Corporation Service Company**
***dba* CIS/Coastal Internation Seecurity, Inc.**
***dba* China Teletch Holding Inc.**
***dba* China Telecom (America) Corporation**


1967 - Also Congressional Record , June 13, 1967, pp. 15641-15646): A "citizen of the United States" is a civilly dead entity operating as a co-trustee and co-beneficiary of the PCT, the private constructive, cestui que trust of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc. in Section 4.

The administrative courts have operated under color of law while privately bonding and underwriting securities on the backs of the "citizen," the civilly dead entity under constructive trust. The U.S. citizen operates under federal status due to the de facto claim to the legal estate of the state issued birth certificate. The private American civilian is the free and living woman protected by the organic Constitution of the United States Republic. Plaintiff is a private American civilian.

The word "estate" may mean property and may signify a species of property, real or personal. While the terms estate and property are often used synonymously, it has also been held that the word estate has equally as broad, if not broader meaning than property. In its primary and technical sense, estate refers only to an interest in land, however, in its wider import, it applies to all kinds of property, personal or real. Equitable estates are in equity what legal estates are in law. An estate is generally used as meaning property decedent, and in this case, the birth certificate is a legal decedent's estate to which Plaintiff holds superior title.

Plaintiff in this case, the living woman, comes forth as the true heir and beneficiary of the trust. As heir and beneficiary, she is due the private accounting and all rights, titles, securities, and interests connected to her estate that has been administered by JULIE C. HILL on behalf of TENTH JUDICIAL CIRCUIT COURT IN AND FOR POLK COUNTY, FLORIDA and/or POLK COUNTY.

AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

# AN ASSESSMENT OF THE BIDEN ADMINISTRATION'S WITHDRAWAL FROM AFGHANISTAN BY AMERICA'S GENERALS

## HEARING

BEFORE THE

## COMMITTEE ON FOREIGN AFFAIRS
## HOUSE OF REPRESENTATIVES

ONE HUNDRED EIGHTEENTH CONGRESS

SECOND SESSION

MARCH 19, 2024

**Serial No. 118–89**

Printed for the use of the Committee on Foreign Affairs

Available: http://www.foreignaffairs.house.gov/, http://docs.house.gov, or http://www.govinfo.gov

U.S. GOVERNMENT PUBLISHING OFFICE
55–810PDF WASHINGTON : 2024

1/2

 March 19, 2024

I was the overall commander. And I and I alone bear full military responsibility for what happened at Abbey Gate. Thank you, Chairman. I'm ready for questions.

[The prepared statement of General McKenzie follows:]

***STATEMENT WAS NOT AVAILABLE AT PRESS RELEASE***

Chairman McCAUL. Thank you, General McKenzie. I now recognize myself for questions. We have a Sergeant Tyler Vargas-Andrews here today.

I want to thank you, sir, for your service and your courage for testifying before this committee almost a year ago to the day. He was a sniper at Abbey Gate and testified to us that he had the suicide bomber in his sights that was identified to be on the lookout. He sent the sniper photos and other related documents to his commanding officer for permission to engage the suicide bomber.

Yet that warning was ignored. He never heard back. I and the Chairman of the Armed Services Committee after that testimony sent a letter to the Department of Defense requesting that these documents and sniper photos be delivered to the Congress, produced to the Congress by this document, this letter request.

To date, that has been ignored. The Department of Defense has refused. We've also requested the testimoneys of General Chris Donahue and Admiral Peter Vasely who were the commanding officers on the ground during the Abbey Gate disaster.

To both of you, to General Milley, do you think that these documents should be turned over to the United States Congress? And do you think that both General Donahue and Admiral Vasely should testify before Congress?

General MILLEY. Sure, absolutely. I believe in transparency. You're the board of directors for this corporation called the American government. And I believe that you're entitled to those within the bounds of classification, absolutely.

So whatever documents are out there should be turned over to the appropriate committees, jurisdiction, and oversight. And whatever witnesses are needed to establish truth and transparency within the bounds of classification, absolutely, absolutely. That's why I'm here.

Chairman McCAUL. Thank you. Chairman McKenzie?

General McKENZIE. I agree with General Milley, and I associate myself with his remarks.

Chairman McCAUL. So also on accountability, I've asked the State Department officials who was responsible for the catastrophic emergency evacuation? Not surprisingly, they point their fingers at the Department of Defense. But I want to set the record straight. While the DOD helps conduct the emergency evacuation, it's the State Department that is responsible under law for developing the plan and leading the evacuation. Is that your understanding?

General MILLEY. Yes, the State Department is the lead Federal agency for planning and execution, oversight of the execution of the noncombatant operation. And the Department of Defense is in support of and other departments are in support of the State Department. The State Department is the lead Federal agency for NEOs. That's correct.

2/2